UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CR-169-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>TUSHOMBI TAKI WALLACE, )<br>)<br>Defendant. ) | **ORDER TO SEAL**<br>**[DOCKET ENTRY NUMBER 38]** |

Upon Motion of the Defendant, it is hereby **ORDERED** that Docket Entry Number 38 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

SO ORDERED. This, the 9 day of March, 2021.

                                         JAMES C. DEVER III
                                         United States District Judge