IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-169-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| TUSHOMBI TAKI WALLACE, | ) | |
| | ) | |
| Defendant. | ) | |

The United States and probation SHALL respond to defendant's pro se motion for early termination of supervised release not later than October 1, 2026 [D.E. 87].

SO ORDERED. This 18 day of August, 2026.

J. Dever
JAMES C. DEVER III
United States District Judge