IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-169-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| TUSHOMBI TAKI WALLACE, | ) | |
| | ) | |
| Defendant. | ) | |

On August 14, 2026, defendant moved pro se for early termination of supervised release [D.E. 87]. On September 30, 2026, the United States responded in opposition [D.E. 90]. As explained in detail in the response in opposition, defendant pleaded guilty to two serious drug trafficking offenses. Defendant has a 20-year criminal history. Both the United States and probation oppose early termination. Defendant has served 14 months of a five-year term of supervised release. He has one violation already. In light of defendant's serious criminal behavior, serious criminal history, and the need to protect the public, the court DENIES defendant's motion for early termination [D.E. 87]. See 18 U.S.C. § 3583(e); [D.E. 90].

SO ORDERED. This 7 day of October, 2026.

JAMES C. DEVER III
United States District Judge